## SECOND DEPARTMENT, MAY, 1995

(May 1, 1995)

■ AMERICAN EXAMS & EVALUATIONS, INC., et al., Appellants, v MATERIAL DAMAGE ADJUSTMENT CORP., Respondent. [626 NYS2d 961] —Appeal by the plaintiffs, as limited by their brief, from stated portions of an order of the Supreme Court, Kings County (Shaw, J.), dated January 3, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Shaw at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.